NOVEMBER 6, 1985

No. 85–635.   LIBBEY-OWENS-FORD CO. ET AL. *v.* SHATTER-PROOF GLASS CORP.   C. A. Fed. Cir.   Certiorari dismissed under this Court's Rule 53.

NOVEMBER 8, 1985

No. A–362.   UKRAINIAN-AMERICAN BAR ASSN., INC., ET AL. *v.* SHULTZ, SECRETARY OF STATE, ET AL.   Application for injunctive relief, or in the alternative to treat the application as a petition for writ of habeas corpus, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

NOVEMBER 12, 1985

No. 85–485.   GIBSON *v.* BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY OF WISCONSIN.   Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 85–497.   IN RE MATTER OF N. P.   Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 85–5271.   FELDER *v.* ALABAMA.   Sup. Ct. Ala.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Ake* v. *Oklahoma,* 470 U. S. 68 (1985).